UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Tony Harris_____ **10 CIV. 5099**

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

(a) City of New York,
Warden C-95, CO Miller,
CO Barnes, CO John Doe
1, John Doe 2 medication escort,

(b) CO Green, CO Meadows
CO Jane Doe, CO John Doe

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _____
            ID # _____
            Current Institution _____N/A_____
            Address _____N/A_____

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

JUN 22 2010

Defendant No. 1  Name Warden G-95 Shield #_____
Where Currently Employed Warden Position
Address 18-18 Hazen St
East Elmhurst NY 11370

Defendant No. 2  Name CO Miller Shield #_____
Where Currently Employed Receiving Room C-95
Address 18-18 Hazen St
East Elmhurst NY 11370

Defendant No. 3  Name C.O Barnes Shield #_____
Where Currently Employed Receiving Room
Address 18-18 Hazen St
East Elmhurst NY 11370

Defendant No. 4  Name C.O Green Shield #_____
Where Currently Employed Dorm Area C-95
Address 18-18 Hazen St
East Elmhurst NY 11370

Defendant No. 5  Name C.O Meadows Shield #_____
Where Currently Employed Medication Officer C-95
Address 18-18 Hazen St
East Elmhurst NY 11370

II. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? C-95

B. Where in the institution did the events giving rise to your claim(s) occur? Hallways - corridors

C. What date and approximate time did the events giving rise to your claim(s) occur? 2006 - 2007

*Rev. 05/2010*    4

D. Facts:

**What happened to you?**
**Who did what?**

On. Approx Jan 6, 2006 I was returning to housing area from medication when Officer Miller and Officer Barnes asked me if I was John Doe, they then assaulted, punched and kicked me when I went in a fetal position other officers including the escort then assisted in the assault. I was not given a Disciplinary Ticket. This assault was due to my Status as a civil complainant.

**Was anyone else involved?**
**Who else saw what happened?**

In March 2007 while I was in Dorm 2 main I was advised of a trial court date in the Southern District, I was not produced for court, which resulted in my extended stay as a prisoner while I was filing complaint to the Inspector General I was assaulted by officer meadows and told I was not going to Law Library, I suffered a Ruptured eardrum the next morning I asked officer Green to send me to emergency sick call Due to blood being discharged from my ears, she refused me and told me I would not get any medical assistance, I again called the Board of Correction who arraigned for my initial care and treatment

III. Injuries: See additional page 5A

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Head injuries, Suffering and Pain, Bleeding, Scars, Jan-6, 2006 Loss of usage of limbs.

On March 2007, Injuries included Ruptured eardrum, pain, suffering loss of hearing

IV. **Exhaustion of Administrative Remedies**:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Rev. 05/2010                    5

SM

... The City of New York, employees and
... fail to train, monitor, and punish
... Abusive employees, whom kills, maim
... and injury person without legal justification
... cause or provacation.
... and thru Policy and Custom fail to
... investigate or file criminal charges
... for Abuse again its citizens.

... Warden of C95, fail to investigate
... Incidents, and allow the hostile
... environment, corruption and
... excessive use of power, and fails
... to control corrupt Abusive Officer
... Thru negligence or Indifference to
... Constitutional protected rights of
... Class of person Institutionalize.

... At all times, relevant as Public
... officers and Employees, the Defendent
... was employed pursuant to NY State
... law to protect and serve the
... Plaintiff equal protection of law.

...
...
...
...

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). C-95

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

Yes ___   No ___   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? Inspector General, Board of Correction

1. Which claim(s) in this complaint did you grieve? Both

2. What was the result, if any? I was not notified by Investigator or DOC

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Article 78

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___

Rev. 05/2010                                          6

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

I Report incident to the New York City, Investigatory Branches who are Responsible for employees corruption

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

Repremand on usage of force

Cash Award for 5 million Dollars
Five million Dollars

for Pain Suffering, Mental Suffering, Anguish Loss of limbs loss of Consortium, medical indifference

VI. **Previous lawsuits:**

<div style="float:left;border:1px solid;padding:2px">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____Tony Harris_____

Defendants _____City of NY et al_____

2. Court (if federal court, name the district; if state court, name the county) _____USCA 05-0081 pr_____

3. Docket or Index number _____Court of Appeals_____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ✓ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____This action was ordered Refiled June 2, 2010 by USCA 2n circuit_____

<div style="float:left;border:1px solid;padding:2px">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____    No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____Tony Harris_____

Defendants _____City of NY, et al_____

2. Court (if federal court, name the district; if state court, name the county) _____03cv1617 USDCSDNY_____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____Preska_____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ✓

   If NO, give the approximate date of disposition _____June 2007_____

*Rev. 05/2010*                                     8

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Court ordered__
   __separation of action__

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __18__ day of __June__, 20__10__.

Signature of Plaintiff __Anthony Harris__

Inmate Number _____

~~Institution~~ Address __79-25 Winchester Blvd__
__Queens Village__
__NY 11437__

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __18th__ day of __June__, 20__10__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Rev. 05/2010

9